UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MARQUEZ T. HAWKINS, #1208249,

    Petitioner,

v.                                                  ACTION NO. 2:16cv269

HAROLD CLARKE, Director,

    Respondent.

## FINAL ORDER

Petitioner, a Virginia inmate, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on June 7, 2016. ECF No. 1. Petitioner alleges violations of federal rights pertaining to his convictions on July 16, 2007, in the Circuit Court of the City of Chesapeake for robbery, conspiracy to commit a felony, and use of a firearm during the commission of a felony.

The matter was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The report and recommendation, filed July 5, 2017, recommends that the respondent's motion to dismiss be granted, and the petition for a writ of habeas corpus be denied and dismissed with prejudice. ECF No. 16.

Each party was advised of the right to file objections to the findings and recommendations made by the Magistrate Judge. On July

17, 2017, the Court received petitioner's objections to the report and recommendation. ECF No. 17.

The Court, having reviewed the record and examined the objections filed by Hawkins to the report and recommendation, and having made *de novo* findings with respect to the portions objected to, does hereby adopt and approve the findings and recommendations set forth in the report and recommendation. The Court, therefore, ORDERS that the respondent's motion to dismiss, ECF No. 10, is GRANTED, and the petition for a writ of habeas corpus, ECF No. 1, is DENIED and DISMISSED WITH PREJUDICE. The Court further ORDERS that judgment be entered in favor of the respondent.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," and, therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 335-36 (2003).

Petitioner is hereby notified that he may appeal from the judgment entered pursuant to this Final Order by filing a <u>written</u> notice of appeal with the Clerk of this Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty days from the date of entry of such judgment.

The Clerk shall mail a copy of this Final Order to petitioner and counsel of record for respondent.

/s/ MSD
Mark S. Davis
United States District Judge

Mark S. Davis
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
August 1, 2017